### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CAROLYN J. PARRISH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.  CIV-08-0059-F |
| | ) |
| MICHAEL J. ASTRUE, Commissioner | ) |
| of the Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Plaintiff Carolyn J. Parrish brings this action seeking judicial review of a denial of benefits by the Social Security Administration.

Magistrate Judge Robert E. Bacharach issued a Report and Recommendation on November 19, 2008 (doc. no. 20), recommending that the Commissioner's decision be reversed and that the matter be remanded to the Commissioner for further administrative proceedings.  In his Report, the magistrate judge advised the parties of their right to object to the Report and Recommendation by December 9,  2008, and of the fact that failure to make timely objection to the Report waives the right to appeal the suggested ruling.  Neither party has filed an objection to the Report, and neither party has requested an extension of time within which to file any objection to the Report.

With no objection being filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be served by setting out any further analysis here and that the Report should be adopted in its entirety.

Accordingly, the court **ACCEPTS**, **AFFIRMS**, and **ADOPTS** the findings and recommendations of Magistrate Judge Bacharach as stated in his Report and Recommendation. This matter is hereby **REVERSED** and **REMANDED** for further administrative proceedings consistent with the Report.

Dated this 11th day of December, 2008.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

08-0059p002.wpd